**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY**

**CIVIL DIVISION**          CASE No:_____

**17 - 0 4 4 7 9 CA 1 0**

Division: __Civil_____

**JUAN DIAZ ,**
        **Plaintiff**
        **Vs.**

**CITY OF HIALEAH, municipality,**

**HIALEAH POLICE DEPARTMENT, HIALEAH FIRE RESCUE DEPARTMENT,**

**FIRE RESCUE DEPARTMENT,**
**0.I.C. #1 FRANK KASTANEDA**
**Crew #2 MEGO JOEL**
**Crew #3 ROBINSON ANTHONY**

**CITY OF HIALEAH POLICE OFFICERS**
**JAVIER PALACIOS**
**FRANCISCO ALVAREZ**
**LOPEZ HORACIO DEL CARMEN**
**SERGEANT PATRICIA SALGADO**
        **Defendants.**

THE ORIGINAL FILED

ON   FEB 2 4 2017

IN THE OFFICE OF
CIRCUIT COURT MIAMI-DADE CO.
CIVIL DIVISION

<u>**COMPLAINT FOR DAMAGES**</u>

Plaintiff, JUAN DIAZ, individually, sues the CITY OF HIALEAH POLICE DEPARTMENT, the CITY OF HIALEAH FIRE AND RESCUE DEPARTMENT, Police Officer JAVIER PALACIOS, FRANCISCO ALVAREZ, LOPEZ, HORACIO DEL CARMEN, SGT. P. SALGADO
FIRE RESCUE OFFICER FRANK KASTANEDA, FIRE RESCUE OFFICER JOEL MEGO, and FIRE RESCUE OFFICER ANTHONY ROBINSON

1.- On march 9, 2013 Iam JUAN DIAZ call the RESQUE 911 due to several panic attacks from my minor child BERTHA DIAZ

2.-The Defendants FRANK KASTANEDA, MEGO JOEL and ROBINSON ANTHONY came to the Plaintiff apartment located at 1245 West 24 Street Apartment # 206 Around 8:46 AM

Defendant FRANK KASTANEDA intentionally delayed taking the patient BERTHA DIAZ to the Hospital on an EMERGENCY CALL for what was called, and in comply with your job, with no reason, I JUAN DIAZ request to MR FRANK KASTANEDA rush the minor child suffering several panic attacks to the hospital MR FRANK KASTANEDA ANSWER ME WE ARE NOT A TAXI, bring the minor child to the RESCUE UNIT and intentionally delayed again for an hour since from he came to my apt until my daughter suffer the several panics attacks

The Plaintiff juan diaz on behalf and on EMERGENCY CALL to my minor child hom I am responsible and have 100% of the Custody by the HONORABLE JUDGE in the HONORABLE COURT call a neighbor due to the several intentional delayed by The Defendant FRANK KASTANEDA to help the minor child under the NEGLIENCE MEDICAL ASSISTANCE PREMEDITED BY FRANK KASTANEDA AND RESCUE UNIT FOR AN HOUR

The neighbor came to help me to bring the minor child to the Hospital Emergency Room The Defendant FRANK KASTANEDA on continuous your delayed with bad fait to comply with your job on an EMERGENCY CALL, I the Plaintiff request to the Defendant put my daughter out to the Rescue Unit to I bring the minor child to the hospital Emergency Room with the help of my neighbor. The defendant in obstruction to I bring my minor child to the Hospital, call the Police, an extra time delayed unnecessary, the attention of the minor child in an EMERGENCY ROOM from the Hospital. Another extra time, on an EMERGENCY CALL avoid I take my minor daughter to the Hospital Emergency Room with my neighbor in an extra time waiting for the Police On an EMERGENCY CALL for what Iam the Petitioner call the Rescue Unit

3.- The Defendant Police Officers JAVIER PALACIOS and FRANCISCO ALVAREZ called by the DEFENDANT FRANK KASTANEDA

Came over me with no questions, I try to explain the situation the Defendants Police Officers not hear me Go over me one police take my right arm the another take my left arm immobilize me, push me over the back of the vehicle, on the parking lot with excess of force and brutality several times front and back over the vehicle Iam a SENIOR DISABLED OLD MAN

4.-The Defendants Police officers Never ARREST ME, Never make a CASE NUMBER

5.- After arrival the Defendants Police Officers JAVIER PALACIOS and FRANCISCO ALVAREZ, arrival the HIALEAH POLICE OFFICER LOPEZ,  HORACIO DEL CARMEN

a) I go to the front of every Police and take the name also go to the every of the three Police cars unit and take the TAG number and the Police Unit number
The  Defendant Police Officer LOPEZ HORACIO DEL CARMEN  **TREAT ME**
**Put at a quarter inch the two finger, and say me you are as a little as is, two times**
I request from the HONORABLE JUDGE AND THE HONORABLE COURT
ASK THE Defendant LOPEZ HORACIO DEL CARMEN what's means
"YOU ARE AS A LITTLE AS IS"  against me and hom are him, to treat me an
Elderly Senior Disabled.

b) I have several pain caused by the Battered police with my body over a heavy object a vehicle I go to my apartment to take a glas of water and a pill for a several pain,
When enter on my apartment go to the floor

c) The Defendant HIALEAH POLICE OFFICER LOPEZ, HORACIO DEL CARMEN enter on my apartment located at 1245 West 24 Street apt 206 Hialeah FL 33010
Wich they searched without a WARRANT or JUSTIFICATION, ILEGALLY

d) I am the Plaintiff call the rescue 911 to bring me to the Emergency Room for the Battered from the Defendants HIALEAH POLICE OFFICERS
JAVIER PALACIOS and FRANCISCO ALVAREZ
The Defendant Police Officer LOPEZ, HORACIO DEL CARMEN
Follow the Rescue to the Palmetto Hospital and BAKER ACT ME
With no Police arrest, with no Case Number, with no One valid legal reason with no Cause.

HONORABLE JUDGE AND THIS HONORABLE COURT
In Fact The Defendants cause several irreversible damages to the Plaintiff
Mr. JUAN DIAZ

1.- 4 ribs broken

2.- destroyed my right shoulder I haved a Surgery need a Complete Replace of the shoulder, not recommended due to several damages caused by the Defendants

3.-several damages on  my spine lumbar region 4 disk damaged

4.- Several mental damages trauma

Pursuant to the Defendants destroy my life Physical and mental for the rest of my life irreversible with no one valid legal reason
,

1.-This is an action for damages in excess of $15,000.00, the jurisdictional minimum limits of this Court.

**2) Plaintiff, JUAN DIAZ RESIDENT OF Miami-Dade County, Florida.**

**3) Defendant, CITY OF HIALEAH, is a municipality situated in Miami -Dade County, Florida.**

**4) The Defendant CITY OF HIALEAH POLICE DEPARTMENT is a subsidiary of The CITY OF HIALEAH.**

**5) The Defendant, CITY OF HIALEAH FIRE RESCUE DEPARTMENT, is a Subsidiary of the CITY OF OF HIALEAH**

**6) The Defendant, JAVIER PALACIO a Police Officer employed by the HIALEAH POLICE DEPARTMENT**

**7) The Defendant, FRANCISCO ALVAREZ a Police Officer employed by the HIALEAH POLICE DEPARTMENT**

**8) The Defendant, LOPEZ HORACIO DEL CARMEN a Police Officer employed By the HIALEAH POLICE DEPARTMENT**

**9) The Defendant, SGT P. SALGADO a Police Officer employed by the HIALEAH POLICE DEPARTMENT**

**10) The Defendant FRANK KASTANEDA, an employee of the HIALEAH FIRE RESCUE DEPARTMENT**

**11) The Defendant JOEL MEGO, an employee of the HIALEAH FIRE RESCUE DEPARTMENT**

**12) The Defendant Anthony Robinson, an employee of the HIALEAH FIRE RESQUE**

**13) On March 9, 2013 the Defendants came to Plaintiff Parking Lot located at 1245 West 24 Street, Hialeah Fl 33010, and without just cause or provocation beat Defendant, Police Officers JAVIER PALACIOS and Police Officer FRANCISCO ALVAREZ to the Plaintiff JUAN DIAZ**

14) On March 9, 2013 The Defendant Police Officer LOPEZ, HORACIO DEL
     CARMEN entered Plaintiff apartment located at 1245 West 24 Street, apt 206
Hialeah FL 33010 wich they searched the two rooms the kitchen cabinets take the
name of all my medications without a warrant or justification when I am the
Plaintiff was on the floor caused by the battered from the Defendants, follow me in
the Resque Unit To the Palmetto Hospital and Baker Act me.

15) Defendants fire rescue personnel intentionally delayed for an hour taking the
minor child with several panic attacks to the hospital for inmediate medical
treatment on Emergency Room, call the Police on Medical assistant negligence wait
for the police increase the time intentionally to take the minor child at hospital
suffering several panic attacks

16) As a direct and proximate result of Defendants' actions, Plaintiff has suffered
permanent pain, trauma,  and suffering and lost his ability to function in everyday
life.

17) Defendant actions were intentional and malicious.

18) Defendants' DISCRIMINATION VIOLATED THE CIVIL RIGTHS FROM
THE PLAINTIF JUAN DIAZ

19) DEFENDANTS use DISCRIMINATION AGAINST AN DISABLED

20) DEFENDANTS use DISCRIMINATION AGAINST AN ELDERLY

21) PLAINTIFF' is also protected  by Courts by Laws such as the
     CIVIL RIGTHS ACT OF 1964

22) THE AMERICANS WITH DISABILITY ACT (ADA) claims for example,
     Encourage Exemplary awards to further Lawsuits on the part of peoples with
     DISABILITIES

23) DEFENDANT ACT UNDER SECTION 1983 OF THE CIVIL RIGTHS
     ACT OF 1871 This Law is know simply as Section 1983 and it specifically
prohibits any one under the authority of the law from violating another person
Civil Rights under the U.S. Constitution.

24) The Police officers did not have probable cause or sufficient evidence to
     Use Battered  and Baker Act the Defendant

25.- Violation of the Human Rights Civil Rights The Constitution and Bill of Rights
    Civil Liberties
The rights to be free from Discrimination this to is protected by laws such as
The Civil Rights act 1964 The American with Disabilities and the Age
Discrimination

26) Federal anti-Discrimination legislation protects against discrimination on the
Basis of Age, Nationality and Disability Status

27) Civil Rights are fundamental Rights and there are plenty of safeguards in the
US Justice system designed to ensure that your Rights are protected.

28) Plaintiff are under the protection of the ADA how individual with
    Disability Discrimination

HONORABLE JUDGE:
I the Plaintiff JUAN DIAZ have available upon request all the proofs to support all the mentioned above
Witness
X RAY
MRI
PHISICAL THERAPHY
SHOULDER SURGERY ADMISION AND DISCHARGE
REGULAR TREATMENT FOR PAIN INJECTIONS ON THE SHOULDER
REGULAR TREATMENT FOR PAIN  INJECTION ON MY SPINE LUMBAR
REGIONAL PICS AND MARKS
MEDICAMENTS TO REDUCE THE SEVERAL CONTINIOUS PAIN

HONORABLE JUDGE AND THIS HONORABLE COURT
I am the Plaintiff JUAN DIAZ demands judgment in is favor in an amount of
$40'000,000 Forthy millions dollars plus punitive damages of
$10'000,000 ten millions dollars plus his cost.

Sincerely

_____                    DATED: February 24, 2017

COPIED FURNISHED TO:

CLERKTO THE CIRCUIT COURT
73 WEST FLAGLER ST
MIAMI FL 33130

INTERNAL AFFAIRS HIALEAH POLICE DEPARTMENT
5555 E 8th AVE
HIALEAH FL 33013
SUMMONS TO:
DEFENDANT POLICE OFFICER JAVIER PALACIOS
DEFENDANT POLICE OFFICER FRANCISCO ALVAREZ
DEFENDANT POLICE OFFICER LOPEZ, HORACIO DEL CARMEN
DEFENDANT SGT. POLICE OFFICER P. SALGADO

CITY OF HIALEAH FIRE RESQUE DEPARTMENT
RESQUE DIVISION
83 EAST 5th STREET
HIALEAH FL 33010
SUMMONS TO:
DEFENDANT CASTANEDA FRANK
DEFENDANT MEGO JOEL
DEFENDANT ROBINSON ANTHONY

PLAINTIFF
JUAN DIAZ
2331 NW 119 ST APT 113
MIAMI FL 33167