UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21122-UU

JUAN DIAZ,

    Plaintiff,

v.

CITY OF HIALEAH, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendants City of Hialeah, Joel Mego, Anthony Robinson, Lopez Horacio Del Carmen, and Patricia Salgado's Motions to Dismiss Plaintiff's First Amended Complaint (D.E. 32, 35, and 40) (the "Motions").

THE COURT has reviewed the Motions, the pertinent portions of the record, and is otherwise fully advised in the premises.

On September 18, 2017, due to Court closures caused by Hurricane Irma, the Court issued an Order (D.E. 42) requiring Plaintiff to respond to the Motions no later than Monday, September 25, 2017. Fed. R. Civ. P. 6(a)(3). In its Order (D.E. 42), the Court stated: "Failure to respond to Defendants' Motions by Monday, September 25, 2017 will result in the Court's grant of Defendants' Motions by default." To date, Plaintiff has not filed a response to Defendants' Motions. Neither has Plaintiff moved for an extension of time. Pursuant to Local Rule 7.1(c), the failure to respond within the applicable time period "may be deemed sufficient cause for granting the motion by default." Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants' Motions, D.E. 32, 35, and 40, are GRANTED. All claims relating to Defendants City of Hialeah, Joel Mego, Anthony Robinson,

Lopez Horacio Del Carmen, and Patricia Salgado are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that Defendants City of Hialeah, Joel Mego, Anthony Robinson, Lopez Horacio Del Carmen, and Patricia Salgado are dismissed as defendants to this action.

DONE AND ORDERED in Chambers at Miami, Florida, this __26th__ day of September, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Cc:   counsel of record via cm/ecf